IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JYOTIRMOY SEN                                                                  PLAINTIFF

       v.                      Civil No. 07-5006

MICHAEL CHERTOFF, Secretary,
U.S. Department of Homeland Security;
EMILIO T. GONZALEZ, Director,
U.S. Citizenship and Immigration Services;
ROBERT DEVINE, Acting Director,
U.S. Citizenship and Immigration Services;
ROBERT S. MUELLER, III, Director,
Federal Bureau of Investigation; and
PHILLIP J. PERRY, General Counsel,
U.S. Department of Homeland Security                    DEFENDANTS

## ORDER

Plaintiff's complaint was filed in this case on January 8, 2007. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff complete and sign the attached addendum to his complaint, and return the same to the court **by January 31, 2007. Plaintiff is advised that should he fail to return the completed and executed addendum by January 31, 2007, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 10th day of January 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JYOTIRMOY SEN                                                                                          PLAINTIFF

      v.                              Civil No. 07-5006

MICHAEL CHERTOFF, Secretary,
U.S. Department of Homeland Security;
EMILIO T. GONZALEZ, Director,
U.S. Citizenship and Immigration Services;
ROBERT DEVINE, Acting Director,
U.S. Citizenship and Immigration Services;
ROBERT S. MUELLER, III, Director,
Federal Bureau of Investigation; and
PHILLIP J. PERRY, General Counsel,
U.S. Department of Homeland Security                                                      DEFENDANTS

## ADDENDUM TO COMPLAINT

TO:  JYOTIRMOY SEN

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants.  Accordingly, it is required that you fill out this form and send it back to the court **by January 31, 2007**.  Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

In your complaint, you request a hearing on your application for naturalization. You indicate defendants have failed to adjudicate your application within 120 days after the first examination.

1. You have mentioned Stella Jarina on page three of your complaint. However, you did not mention her in the caption of case. Did you intend to name Stella Jarina as a defendant?

Answer: Yes _____ No _____.

If you answered yes, please provide Stella Jarina's address to the court and explain what actions she took in connection with your naturalization application.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

2. You have named Robert Devine as a defendant. However, Robert Devine is no longer acting director of the United States Citizenship and Immigration Service. You have named its current director Emilio T. Gonzalez as a defendant. Please explain why you have named Robert Devine as a defendant.

Answer:

_____

_____

_____

_____

_____

3. You have named Robert S. Mueller, III, the Director of the Federal Bureau of Investigation (FBI), as a defendant. Please explain why you have named Robert S. Mueller, III, as a defendant. In doing so, please explain what role he plays in determining your application for naturalization.

Answer:

_____

_____

_____

_____

_____

4. You have named Phillip J. Perry, the General Counsel, for the U.S. Department of Homeland Security, as a defendant. Have you named Mr. Perry as a defendant solely because you believe the complaint must be served on him?

Answer: Yes _____ No _____.

If you answered no, please explain why you have named Mr. Perry as a defendant.

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
JYOTIRMOY SEN

_____
DATE