```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

JYOTIRMOY SEN                                          PLAINTIFF

      v.           Civil No. 07-5006

MICHAEL CHERTOFF, et al.                              DEFENDANTS

**ORDER**

Now on this 26th day of June, 2007, comes on for consideration plaintiff's motion to dismiss (document #18), and the Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted**, and this matter is **dismissed** pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE